IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **VONIOR EVANS AND WANDA BRYANT, INDIVIDUALLY AND AS PARENTS OF MARIO EVANS, DECEASED**, <br><br>  Plaintiffs, <br><br> v. <br><br> **THE CITY OF DALLAS, et al.,** <br><br>  Defendants. | § § § § § § § § § § § § § | Civil Action No. 3:16-CV-0561-L |

## JUDGMENT

The court issues this judgment pursuant to its memorandum opinion and order of March 10, 2017. It is therefore **ordered, adjudged, and decreed** that Plaintiffs Vonior Evans and Wanda Bryant, individually and as the parents of Mario Evans, Deceased ("Plaintiffs") take nothing against Defendants City of Dallas, City of Dallas Fire-Rescue Department d/b/a City of Dallas Emergency Ambulance Service, and City of Dallas Fire-Rescue Department paramedics James Peter Flores and Kelly Brendan Swindle ("Defendants"); that this action against Defendants is **dismissed with prejudice**; that all relief requested by Plaintiffs is **denied**; that all allowable and reasonable costs are taxed against Plaintiffs; and that all relief not expressly granted herein is **denied**.

**Signed** this **13th day** of **March, 2017**.

_____
Sam A. Lindsay
United States District Judge

**Judgment - Solo Page**